<u>Pro Se 1 (Rev. 12/16) Complaint for a Civil Case</u>

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia
### Newport News Division

|  |  |
|---|---|
| Shalanda Hicks | Case No. _____ |
| _____ | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint.* | Jury Trial: *(check one)*  ☑ Yes  ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | |
| *please write "see attached" in the space and attach an additional* | |
| *page with the full list of names.)* | |
| -v- | |
| | |
| Virginia Unemployment Commission, et al. | |
| _____ | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Shalanda Hicks |
| Street Address | 212 Washington Ave. Apt. 904 |
| City and County | Towson, Baltimore County |
| State and Zip Code | MD 21204 |
| Telephone Number | 443-252-5401 |
| E-mail Address | mesheahicks@gmail.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | Virginia Unemployment Commission, et al. |
| Job or Title *(if known)* | |
| Street Address | P.O. Box 26441 |
| City and County | Richmond |
| State and Zip Code | Virginia 23261- 6441 |
| Telephone Number | 866-832-2363 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question                    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____Shalanda Hicks_____ , is a citizen of the State of *(name)* _____Maryland_____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* ___Commonwealth of Virginia___ , is incorporated under the laws of the State of *(name)* ___Virginia___ , and has its principal place of business in the State of *(name)* ___Virginia___ .

Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

___$2704.00, and damages___

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I the claimant, Shalanda Hicks filed an initial claim (August 2021)and again (Sept. 2021). April 6, 2022 was informed about a questionable identity issue by a Ms. Jackqueline Lundy, in which I was notified of a overpayment of $6500. I cleared the issue April 7, 2022 in person at the local Hampton 600 Butler Farm Rd. location. without remedy. June 29, 2022, told the deputy hasn't approved banking information brought to the Hampton office in April 2022 in person. Jan 2023, I receive a 1099 -G Unemployment payment ($2704) that I never received. I try to reach someone for weeks at the local branch. Next, I reach out to Gov. Youngkins office to a Tammy, supposedly a customer relations rep. and a letter has been sent via certified mail to rep. Carrie Roth. Still no remedy.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

As a United States Citizen, I am asking the Commonwealth of Virginia to hold the Virginia Unemployment Commission in default of paying out claimant payments. The VEC has failed to remit payment owed to me the claimant going back to 2021.

At present date, the claimant remains unpaid without any due process of claim for benefits.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    1/3/2024

Signature of Plaintiff

Printed Name of Plaintiff    Shalanda Hicks

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____



**From:** Shalanda Hicks shalanda.hicks@yahoo.com
**Subject:** Fwd: Unemployment Benefits Claim
**Date:** November 14, 2023 at 2:31 PM
**To:** carolyn.abraham@vec.virginia.gov

Good afternoon Virginia carolyn Abraham

I am writing in hopes that the unemployment claims from 2021 will finally be resolved.  I have contacted the VEC more times than I can count. I have spoken directly to Governor Youngkins office - Tammy, and written directly to Carrie Roth with no acknowledgement from her.

A citizen should not have to wait YEARS to get paid out unemployment benefits that they pay into.  Please see the below letter to Carrie Roth and the below email traffic.

I can be reached directly via email and phone.  Shalanda.hicks@yahoo.com/ 443-252-5401.

Warm regards,

Shalanda Hicks


Carrie Roth
Commissioner
6606 West Broad Street
Richmond, Virginia 23230

June 29, 2022

Shalanda Hicks
212 Washington Ave. Apt 904
Towson, Maryland 21204

Dear Commissioner Roth,

I am writing concerning the Virginia Unemployment application I originally opened in **August 2021**, and again due to system issues **September 2021**. After multiple failed attempts to reach someone at my local office in Hampton, Virginia. I was finally given a phone call from a Jackqueline Lundy in reference to a questionable identity issue **April 6, 2022**. I was instructed to bring proof of my identity to the office. I did so in person the very next morning at Professional Workforce Development Center, 600 Butler Farm Rd, Hampton, VA 23666, clearing the identity issue and providing updated banking information. I continued to receive mail correspondences that I had a questionable identity and that there was a balance of $6,500.00 owed from me to the Virginia Employment Commissioner for overpayment of benefits.  Again, I opened the claim in **Aug. 2021** and again in **Sept. 2021** and never received a payment. I am calling the VEC customer contact center weekly trying to gain an update on my claim. Without remedy. **May 10, 2022,** I finally get a representative on the phone that spent over three hours is able to re-open the claim and file the backdated weeks. I was emailed 10 waivers of overpayment. As I continue to call the VEC Customer contact center I am still being old the deputy hasn't verified and approved the updated bank information from **April 2022**.

It is **June 29th, 2022**, and I am being told the deputy hasn't approved my bank information to release payment for my claims.  How much longer will I have to wait for claims I placed on my earned benefits as a citizen of this state? This unforeseen process has left me no other choice but to make an attempt to contact you directly in hopes my claims can be released and paid.  Should you need to reach me or any further information, don't hesitate to contact me via email or phone.

Shalanda.hicks@yahoo.com
mesheahicks@gmail.com
Cell 443-252-5401


Regards,

Shalanda Hicks


Begin forwarded message:

**From:** Shalanda Hicks <shalanda.hicks@yahoo.com>
**Subject: Re: Unemployment Benefits Claim**
**Date:** February 6, 2023 at 1:28:37 PM EST
**To:** "Customer Relations (VEC)" <CustomerRelations@vec.virginia.gov>

Hi Tammy,

As you know I still have not received the owed unemployment from 2021.  However, I opened a 1099 statement for said money.  Do Why? I have again tried to reach the vec customer service and was unable to get through. What can be done? This is truly ridiculous.

Ms. Hicks
443-252-5401

Sent from my iPhone

On Dec 6, 2022, at 9:30 AM, Customer Relations (VEC) <CustomerRelations@vec.virginia.gov> wrote:

## Morning Shalanda

I have sent another escalation email for review/resolution this date.  Thank you for your continued patience.

Regards,
Tammy
Customer Relations

---

**From:** Shalanda Hicks <shalanda.hicks@yahoo.com>
**Sent:** Monday, December 5, 2022 1:38 PM
**To:** Customer Relations (VEC) <CustomerRelations@vec.virginia.gov>
**Subject:** Re: Unemployment Benefits Claim

Hi Tammy

Please give me a call 443-252-5401. I really need an update on the unemployment. It's unbelievable it's still pending.

Thanks
Shalanda Hicks

Sent from my iPhone

On Oct 18, 2022, at 1:25 PM, Customer Relations (VEC) <CustomerRelations@vec.virginia.gov> wrote:

## Shalandra

Unfortunately, it is still pending review.  I will send another referral and hopefully, I will get a response.  I will advise once it is received.  Again, thank you for your continued patience.

Regards,
Tammy
Customer Relations

---

**From:** Shalanda Hicks <shalanda.hicks@yahoo.com>
**Sent:** Tuesday, October 18, 2022 11:04 AM
**To:** Customer Relations (VEC) <CustomerRelations@vec.virginia.gov>
**Subject:** Re: Unemployment Benefits Claim

Good morning Mrs. Tammy,

Could you please provide a update on my unemployment claim?  I just can't believe it's taking well over a year to get benefits.  I have tried my best to be patient.

Thanks,

Shalands

On Oct 3, 2022, at 4:06 PM, Customer Relations, rr <customerrelations@vec.virginia.gov> wrote:

Shalanda

The issues are still pending.  Hopefully, the will be resolved shortly.

Regards
Tammy

On Mon, Oct 3, 2022 at 3:55 PM Shalanda Hicks <shalanda.hicks@yahoo.com> wrote:
Good evening

I called into the automated system and it's saying my case has expired. Please provide a update.

Thanks

Shalanda Hicks

Sent from my iPhone

On Sep 21, 2022, at 10:38 AM, Customer Relations, rr <customerrelations@vec.virginia.gov> wrote:

Not as of yet.

Thank you for your patience.

Tammy

On Wed, Sep 21, 2022 at 10:18 AM Shalanda Hicks <shalanda.hicks@yahoo.com> wrote:
Good morning Tammy,

Do you have a update on the unemployment benefits?

Thanks
Ms. Hicks

Sent from my iPhone

On Sep 12, 2022, at 3:58 PM, Shalanda Hicks <shalanda.hicks@yahoo.com> wrote:

Thank you!

Sent from my iPhone

On Sep 12, 2022, at 3:41 PM, Customer Relations, rr <customerrelations@vec.virginia.gov> wrote:

Shalanda

Per our conversation, I have referred the 2 system issues holding your payment to the appropriate departments for review/resolution.  Once I get a response, I will advise.

Regards
Tammy

On Mon, Sep 12, 2022 at 2:05 PM Shalanda Hicks <shalanda.hicks@yahoo.com> wrote:
I'm so sorry for ending the call. I was in a meeting and my ear piece accidentally answered.

I filed a claim sept 2021 for unemployment from my previous employer the Franklin Johnston Group. The claim weeks job search up to the balance I could claim. Basically saying I was eligible for roughly a $2,700.  Therefore, I have worked tirelessly to ensure VEC has everything to pay out the benefits. I started working my new job june 1. Please let me know if this helps. We are over a year now of no benefits being paid out to me. I'm out of the meetings if you need to call back I will answer.

Thanks
Shalanda Hicos

Sent from my iPhone

> On Sep 12, 2022, at 12:01 PM, Customer Relations, rr <customerrelations@vec.virginia.gov> wrote:
>
> Hello Shaland
>
> This is in response to your contact with the Governor's office regarding your claim.  I just tried to reach you and someone answered and then hung up the phone.  I called back - got you vm and left you a message about my call. In reviewing your claim, I have referred your claim for review/resolution.  You message to the Governor's office is that you are seeking back weeks and that you have started to work.  I need to know the weeks you are referrring to for back payments.  When did you start work?  I also see weeks that you did not claim.  Please advise.
>
> Regards
> Tammy

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRIGINIA**
**_____ DIVISION**

Shalanda Hicks
_____
Plaintiff(s),

v.

Civil Action Number: _____

Virginia Unemployment
_____
Defendant(s).  Commission

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of** Civil documents .
**(Title of Document)**

Shalanda Hicks
_____
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: 1/3/2024 (Date)

**OR**

**The following attorney(s) prepared or assisted me in preparation of** _____.
**(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)